UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ABETH HASHIMI,

                      Plaintiff,                        24 Civ. No. 5164 (ALC) (GS)

    -against-

ELK MAS 90 EAST 10TH LLC, *et al.,*              **VIDEO STATUS CONFERENCE ORDER**

                    Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, August 7, 2025 at 2:00 p.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [241 687 754 694] Passcode: [2mz2x9Qn]**

      SO ORDERED.

DATED:    New York, New York
               June 10, 2025

                                                                 */s/ Gary Stein*
                                                                The Honorable Gary Stein
                                                                 United States Magistrate Judge